IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ELIZABETH KAREIVA,

      Appellant,

 v.                              Case No. 5D23-1181
                                   LT Case No. 2023-CR-000073

LEAMON JOHNS,

      Appellee.

_____/

Decision filed August 8, 2023

Appeal from the County Court
for Putnam County,
Michael S. Orfinger, Judge.

Elizabeth Kareiva, Satsuma, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


MAKAR, JAY and MACIVER, JJ., concur.